

OF CHARGE II REQUIRES THIS COURT TO SET ASIDE THAT CHARGE.

No briefs will be filed under Rule 25.

No. 11–0640/AR.   U.S. v. Robert L. McCullough.   CCA 20090206.   Appellee's motion for leave to file a supplemental joint appendix is granted.

No. 12–0313/MC.   U.S. v. Andrew D. Tearman.   CCA 201100195.   Appellee's motion to extend time to file a brief is granted, *up to and including June 6, 2012*, and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 12–0510/AR.   U.S. v. Anthony R. Bragg.   CCA 20110132.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to June 11, 2012.

